*Daniel MacDougald* for petitioners. *Messrs. Edwin W. Sims, Elwood G. Godman,* and *Martin H. Long* for respondent.

No. 808. TIN DECORATING CO. *v.* METAL PACKAGE CORP. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. T. J. Johnston, J. Granville Meyers,* and *Charles S. Jones* for petitioner. *Messrs. William Houston Kenyon, Theodore S. Kenyon,* and *Frederick B. Townsend* for respondent.

No. 811. MORTGAGE GUARANTEE CO. *v.* WELCH, COLLECTOR OF INTERNAL REVENUE. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ralph W. Smith* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Barham R. Gary,* and *Paul D. Miller* for respondent.

No. 816. PETTIT *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. James H. Maxey, T. J. Leahy,* and *C. S. MacDonald* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key,* and *Morton P. Fisher* for respondent.

No. 825. UNITED STATES NAVIGATION CO., INC. *v.* CUNARD STEAMSHIP CO. ET AL. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for

the Second Circuit denied. *Messrs. Mark W. Maclay, Goldthwaite H. Dorr,* and *John Tilney Carpenter* for petitioner. *Mr. Roscoe H. Hupper* for respondents.

No. 849. GRAHAM-BROWN SHOE CO. ET AL. *v.* HOLLIDAY, ALLEGED TRUSTEE. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Lee Gammage Carter* for petitioners. No appearance for respondent.

No. 867. CITY OF NEW YORK *v.* CRANFORD CO. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Arthur J. W. Hilly* and *J. Joseph Lilly* for petitioner. *Messrs. Franklin Nevius, Asa B. Kellogg,* and *Harvey D. Jacob* for respondent.

No. 652. LIVE STOCK NATIONAL BANK *v.* UNITED STATES. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. Robert Sherrod* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, John Vaughan Groner,* and *Paul D. Miller* for the United States.

No. 757. NEWMAN, SAUNDERS & CO., INC., *v.* UNITED STATES. May 26, 1930. Petition for writ of certiorari to the Court of Claims denied. *Mr. Bernhard Knollenberger* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Claude R. Branch* for the United States.